**Criminal Case Cover Sheet**                                                                 **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** _____ | **Category No.** III | **Investigating Agency** | FBI / IRS-CI |
| **City** Boston | **Related Case Information:** | | |
| **County** Suffolk | Superseding Ind./ Inf. _____ | Case No. _____ | |
| | Same Defendant _____ | New Defendant _____ | |
| | Magistrate Judge Case Number _____ | | |
| | Search Warrant Case Number 25-mj-7002-JCB | | |
| | R 20/R 40 from District of _____ | | |

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes    ☑ No

Defendant Name: Tony Francis                                          Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: Needham, MA

Birth date (Yr only): 1966    SSN (last 4#): 2178    Sex: M    Race: _____    Nationality: USA

Defense Counsel if known: B. Stephanie Siegmann    Address: Hinckley Allen, 28 State Street

Bar Number: _____                                                      Boston, MA 02109

**U.S. Attorney Information**

AUSA: Bill Abely    Bar Number if applicable: _____

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/5/2026    Signature of AUSA: *[signature]*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** Tony Francis

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 666 | Intentional Misapplication Concerning Program Rec'g Fed. Funds | 1, 2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013